On error to Supreme Court.   See opinion of Supreme Court, 13 *Vroom* 553.

For the plaintiffs in error, *T. Little.*

For the defendant in error, *J. G. Shipman* and *B. Gummere.*

PER CURIAM.   Judgment below affirmed.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, DIXON, REED, VAN SYCKEL, CLEMENT, COLE, DODD, GREEN, WHITTAKER.   10.

*For reversal*—None.

---

STATE, CRANE IRON COMPANY, PROSECUTORS, v. HOAG-LAND ET AL.

On error to Supreme Court.   See 13 *Vroom* 553.

For the plaintiff in error, *J. G. Shipman* and *B. Gummere.*

For the defendant in error, *T. Little.*

PER CURIAM.   Judgment below affirmed.

*For affirmance*—THE CHIEF JUSTICE, DIXON, REED, VAN SYCKEL, CLEMENT, COLE, DODD, GREEN, WHITTAKER.   9.

*For reversal*—None.